*1840.*

PRINCE
*v.*
CAMMAN.

*May* 10, 1841.

---

PRINCE *v.* CAMMAN and another.

A *ca. sa.* is not to be taken out on a decree for costs and dismissal of bill.

THE bill had been dismissed, with costs. They were taxed; and the defendants issued a *ca. sa.*

The question (submitted) was, whether the parties issuing the writ were entitled to a *ca. sa.* for the costs ?

*June* 18, 1840.

*Practice.*
*Costs.*
*Ca. sa.*

Mr. *Hamersley*, for the defendants.

Mr. *Western*, for the complainant.

THE VICE-CHANCELLOR :—I am of opinion, after looking into the bill and at *Ex parte Beatty*, 12 Wend. 229, (the latter giving a construction to the non-imprisonment act,) that this case comes within such act ; and, consequently, that the complainant is not liable to a *ca. sa.* for the costs of the suit.

Order, to set aside the writ.